No. 210, Misc. COLLINS *v.* WILSON, WARDEN;
No. 401, Misc. BRYANS *v.* UNITED STATES;
No. 418, Misc. JOPLIN *v.* BOHANON ET AL.; and
No. 447, Misc. ALLEN *v.* UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF TENNESSEE. Motions for leave to file petitions for writs of mandamus denied.

No. 92. CAMARA *v.* MUNICIPAL COURT OF THE CITY
AND COUNTY OF SAN FRANCISCO. Appeal from Dist. Ct.
App. Cal., 1st App. Dist. Probable jurisdiction noted.
*Marshall W. Krause, Donald M. Cahen* and *Lawrence
Speiser* for appellant. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Gloria F. DeHart,* Deputy Attorney General, for appellee.

No. 136. SWANN ET AL. *v.* ADAMS, SECRETARY OF STATE
OF FLORIDA, ET AL. Appeal from D. C. S. D. Fla. Motion of John A. Davis et al., for leave to file a brief, as
*amici curiae,* granted. Probable jurisdiction noted.
*D. P. S. Paul, P. D. Thomson, Neal Rutledge, Richard
F. Wolfson, Thomas C. Britton* and *Stuart Simon* for
appellants. *Earl Faircloth,* Attorney General of Florida,
*Edward D. Cowart* and *Robert A. Chastain,* Assistant
Attorneys General, and *Leo L. Foster* for appellees.
*David Popper* for Davis et al., as *amici curiae.*

No. 180. SEE *v.* CITY OF SEATTLE. Appeal from Sup.
Ct. Wash. Probable jurisdiction noted. Case is set for
oral argument immediately following No. 92. *Melvin
L. Wulf* for appellant. *A. L. Newbould* for appellee.